# United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 320 | **DATE** | 10/17/2008 |
| **CASE TITLE** | Norman-Nunnery v. Madison Area Technical College et al | | |

**DOCKET ENTRY TEXT:**

At the request of the court and with agreement of parties, a telephonic conference is set before Judge Reinhard on Monday, October 20, 2008 at 9:00am. Plaintiff's attorney to initiate the call.

*[Signature: Philip G. Reinhard]*

Telephone/Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|