# United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 320 | **DATE** | 10/20/2008 |
| **CASE TITLE** | Norman-Nunnery v. Madison Area Technical College et al | | |

**DOCKET ENTRY TEXT:**

Telephonic conference with attorneys regarding joint mediation request. The court agrees to mediate this case and sets mediation with counsel and parties on November 3, 2008 at 9:00a.m. in Judge Shabaz's courtroom. Counsel to submit confidential settlement letter to this court by October 28, 2008.

*Philip G. Reinhard*

Electronic Notices.

[00:20]

| | Courtroom Deputy Initials: | JT |
|---|---|---|